1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

10 | JOSEPH A. GAY,               )     No. ED CV 05-199-PLA

11             Plaintiff,     )

12         v.                )     **JUDGMENT**

13 | JO ANNE B. BARNHART, )
COMMISSIONER OF SOCIAL )

14 | SECURITY ADMINISTRATION, )

15           Defendant.     )

16 _____ )

17       In accordance with the Memorandum Opinion filed concurrently herewith,

18       IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social

19 Security Administration, is affirmed consistent with the Memorandum Opinion.

20

21 DATED: February 7, 2006                _____/S/_____

22                                     PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28